**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    FROST                                    No. C-12-779-CRB (DMR)
8              Plaintiff(s),                  **ORDER VACATING SETTLEMENT
                                              CONFERENCE**
9        v.
10    DIVERSIFIED COLLECTION SERVICES,
     INC.
11
12             Defendant(s).
     _____/
13
14   TO ALL PARTIES AND COUNSEL OF RECORD:
15          The parties to this matter have advised the Court that they have agreed to a settlement.
16   Therefore, you are hereby notified that the Settlement Conference set for **September 12, 2012 at
17   11:00 a.m.** before the Honorable Donna M. Ryu is VACATED.
18
19   Dated:  September 5, 2012
20
21   _____
     DONNA M. RYU
22   United States Magistrate Judge
23
24
25
26
27
28