UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FROST

        Plaintiff(s),

   v.

DIVERSIFIED COLLECTION SERVICES, INC.

        Defendant(s).
_____/

No. C-12-779-CRB (DMR)

**ORDER VACATING SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter have advised the Court that they have agreed to a settlement. Therefore, you are hereby notified that the Settlement Conference set for **September 10, 2012 at 11:00 a.m.** before the Honorable Donna M. Ryu is VACATED.

Dated: September 5, 2012

_____
DONNA M. RYU
United States Magistrate Judge